IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00331-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN ROSACKER,

    Defendant.

_____

**ORDER RE MOTION FOR DISCLOSURE**
_____

This matter is before the Court on defendant's Motion for Disclosure of Confidential Informant's Identity (Dkt. # 17). The Court hereby

ORDERS that the Government respond to this motion no later than **5:00 p.m. on September 26, 2006.**

DATED:  September 12, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge