IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00331-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

BENJAMIN ROSACKER,

     Defendant.

---

## ORDER RESETTING CHANGE OF PLEA HEARING

---

Pursuant to a telephone conference between government and defense counsel and Chambers staff, the change of plea hearing currently set for November 14, 2006 is RESET to **Monday, November 20, 2006 at 8:15 a.m.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on November 17, 2006**.

     DATED:  September 29, 2006

                       BY THE COURT:

                       *s/ Phillip S. Figa*

                       _____

                       Phillip S. Figa
                       United States District Judge