IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA

Courtroom Deputy: Kathy Preuitt-Parks      Date: February 12, 2007
Court Reporter: Darlene Martinez
Probation Officer: Dee Clark

Criminal Action No. 06-cr-00331-PSF

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           Judy Smith

    Plaintiff,

v.

BENJAMIN ROSACKER,                                  Dennis Heartly

    Defendant.

---

## SENTENCING MINUTES

---

**4:17 p.m.**   **Court in session.**

Defendant present in custody.

Comments by Mr. Hartley as to why this hearing had to be rescheduled.

**ORDERED:** Court directs Mr. Heartley to the Clerks' Office to be assigned to represent a pro se in a civil case.

**Change of Plea Hearing: November 20, 2006**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

Page Two
06-CR-00331-PSF
February 12, 2007

**ORDER:**   Government's Motion to Dismiss Counts Two and Three of the Indictment **(31) is GRANTED.**

Comments by Mr. Hearley in support of defendant's request for further downward departure of 25%. Questions by the Court.

Comments by Ms. Fisch.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**   Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) **(32) is GRANTED**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count **One** to a term of imprisonment of **39 months.**

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years.**

**Conditions of supervised release (or) probation:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

Page Three
06-CR-00331-PSF
February 12, 2007

- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because it is likely defendant will be deported.

- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of supervised release (or) probation:**
- **(X)** Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer
- **(X)** Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.
- **(X)** The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

3

Page Four
06-CR-00331-PSF
February 12, 2007

**4:41 p. m.    Court in recess/hearing concluded.**

Total in-court time: **24 minutes**